**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Elzhigit Nurbekov,

Petitioner,

v.

David R Rivas, et al.,

Respondents.

No. CV-26-05061-PHX-DWL

**ORDER**

"A district court's jurisdiction over a § 2241 habeas petition is determined at the time of filing. When a petitioner properly files a § 2241 petition in his district of confinement, that district court retains jurisdiction over the action even if the petitioner is transferred to another district." *Cano v. Doerer*, 2023 WL 8870550, *3 n.7 (C.D. Cal. 2023).

Accordingly,

**IT IS ORDERED** that Petitioner's transfer request (Doc. 8) is **denied**. The Court will resolve the habeas petition in due course.

Dated this 18th day of August, 2026.

Dominic W. Lanza
United States District Judge