**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Elzhigit Nurbekov,

Petitioner,

v.

David R Rivas, et al.,

Respondents.

No. CV-26-05061-PHX-DWL

**ORDER**

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.) He has been detained since November 14, 2024. (*Id.* ¶ 22.) In July 2025, an immigration judge ("IJ") granted Petitioner's application for asylum, and the Department of Homeland Security ("DHS") appealed. (*Id.* ¶¶ 29-30.) The Board of Immigration Appeals ("BIA") remanded the case to the IJ for further proceedings. (*Id.* ¶ 37.) In a status report filed November 23, 2026, Petitioner states that the IJ again granted his asylum application on November 20, 2026. (Doc. 11.) Petitioner contends that the asylum grant and the associated background checks establish that he is neither a flight risk nor a danger to the community. (*Id.*)

Respondents must respond to Petitioner's status report. Specifically, Respondents must address (1) whether DHS has appealed, or intends to appeal, the November 20, 2026 asylum grant, and what further removal proceedings, if any, are contemplated; (2) the basis for Petitioner's continued detention; and (3) whether Respondents continue to oppose Petitioner's request for release or a bond hearing (and if so, why).

**IT IS THEREFORE ORDERED** that no later than December 1, 2026, Respondents must file a supplemental response addressing the issues identified above. Petitioner may file a supplemental reply no later than December 4, 2026.

**IT IS FURTHER ORDERED** that Petitioner's ex parte motion for temporary restraining order (Doc. 10) is **denied without prejudice**, given that this order gives expedited treatment to the recent developments in this case.

Dated this 23rd day of November, 2026.

Dominic W. Lanza
United States District Judge