**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Elzhigit Nurbekov,<br>Petitioner,<br>v.<br>David R Rivas, et al.,<br>Respondents. | No. CV-26-05061-PHX-DWL<br>**ORDER** |

Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.) After Petitioner reported that an immigration judge had again granted his asylum application (Doc. 11), the Court directed Respondents to file a supplemental response (Doc. 12). In their supplemental response, Respondents state that they do not oppose a bond hearing. (Doc. 14 at 1-2.) In light of Respondents' concession, Petitioner is entitled to a bond hearing.

Respondents' supplemental response does not address how the bond hearing should be conducted. Petitioner specifically requested "a bond hearing within 7 days before a neutral adjudicator where the government must prove by clear and convincing evidence that Petitioner is a flight risk or danger to the community." (Doc. 1 at 22.) Respondents do not object to that allocation of the burden, so it will be required.

Petitioner's request for immediate release, however, is denied. Respondents oppose outright release and contend that whether Petitioner should be released, and on what conditions, is better resolved first in immigration court. (Doc. 14 at 1-2.) The Court agrees.

Petitioner may present his contention that the asylum grant and associated background checks show he is neither a flight risk nor a danger (Doc. 11) to the immigration judge at the hearing.

**IT IS THEREFORE ORDERED:**

(1) Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted in part and denied in part**.

(2) Respondents must provide Petitioner a bond hearing before an immigration judge within seven (7) days of the date of this Order at which the government bears the burden of proving by clear and convincing evidence that Petitioner is a flight risk or a danger to the community. In the alternative, Respondents must immediately release Petitioner under appropriate conditions of release.

(3) Respondents must file a notice of compliance within two (2) days of Petitioner's bond hearing or release.

(4) The Clerk of Court must enter judgment in Petitioner's favor and close this case.

Dated this 25th day of November, 2026.

Dominic W. Lanza
United States District Judge